N.Y.S.D. Case #
11-cv-1555(JSR)

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 21st day of December, two thousand and twelve,

_____

The Board of Trustees of the New Jersey Carpenters Annuity and Pension Funds, Individually and on behalf of all others similarly situated,

    Plaintiff - Appellant,

v.

Bank of New York Mellon, Bank of New York Mellon Corporation, BNY Mellon, National Association,

    Defendants - Appellees.

_____

ORDER
Docket No. 11-4795

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: December 21, 2012

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1.

The stipulation is hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 12/21/2012